UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20291-CR-MORENO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

TREVOR ANTHONY CROSBY,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on a referral from the District Court on August 29, 2016. See Order of Reference to Magistrate Judge (DE# 119, 8/29/16) for a competency determination. The defendant is before the Court for a supervised violation hearing. On December 22, 2016, the Court held a hearing and both the Untied States and the defendant agreed to Dr. Jorge Luis' finding that the defendant, TREVOR ANTHONY CROSBY, is competent to proceed with a supervised release hearing.

## LEGAL STANDARD

The Court is required to hold a competency hearing "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). "The legal test for competency is whether the defendant had 'sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding' and whether he had 'a rational as well as factual understanding

of the proceedings against him.'" United States v. Cruz, 805 F.2d 1464, 1479 (11th Cir. 1986) (quoting Dusky v. United States, 362 U.S. 402, 402 (1960)).

## DISCUSSION

**1.  The Defendant Has a Rational as Well as Factual Understanding of the Proceedings Against Him**

Under the first prong, the defendant must be able to understand the nature and consequences of the proceedings against him. The defendant satisfies this prong. Dr. Luis determined that the defendant is willing and able to assist his attorney in his own defense. In his evaluation with Dr. Luis, the defendant was able to identify his attorney's role, the role of the judge and the prosecutor, and the charges against him. The defendant understood the possible penalties he could face if he were found guilty of violating his supervised release. The Court finds that the defendant has a rational as well as factual understanding of the proceedings against him.

**2.  The Defendant has Sufficient Present Ability to Consult with His Lawyer with a Reasonable Degree of Rational Understanding**

The undersigned concludes that the defendant has sufficient present ability to consult with his lawyer within a reasonable degree of rational understanding. The undersigned relies on Dr. Luis' testimony and the parties agree that the defendant has the capacity to assist properly toward his defense.  Based on the testimony of Dr. Luis and the agreement of the parties, the undersigned finds that the defendant is competent and able to properly assist in his defense.

## CONCLUSION

Based on the evidence, the Court finds that the defendant is competent to proceed to his supervised release hearing. The defendant has the capacity to assist

towards his defense and a reasonable rational understanding of the proceedings in this case. Accordingly, the undersigned finds that the defendant is competent to proceed with his supervised release violation hearing as provided in 18 U.S.C. § 4241.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 22nd day of December, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All Counsel of Record